# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

LINDA BLAIR,

      Plaintiff,

v.                                                    CASE NO. 4:06cv3-RH/WCS

MICHAEL J. ASTRUE,

      Defendant.

_____/

## **ORDER AWARDING ATTORNEY'S FEES**

This matter is before the court on the magistrate judge's report and recommendation (document 25), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. Claimant's unopposed application for attorney's fees is GRANTED. The Secretary shall pay $675.00 as attorney's fees pursuant to the Equal Access to Justice Act.

SO ORDERED this 12th day of May, 2007.

                                                        s/Robert L. Hinkle
                                                        Chief United States District Judge